IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY NELSON, et. al. | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 07-4436 |
| | : | |
| v. | : | |
| | : | |
| DeVRY, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 23rd day of April, 2009, it is hereby ORDERED that Defendant's Motion for Summary Judgment (Docket No. 50) is GRANTED. Judgment is entered in favor of Defendant and against Plaintiffs. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. DARNELL JONES II,    J.